UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:22-cv-08404-CAS (MAA)**                                         Date:  **March 9, 2023**

Title   **Brandon Eugene Hunter v. Alex Villanueva et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why This Court Should Not Recommend Dismissal

   On January 23, 2023, the Court issued an Order Dismissing Complaint With Leave to Amend ("Order"). (Order, ECF No. 7.)  The Court ordered Plaintiff Brandon Eugene Hunter ("Plaintiff") to, no later than February 22, 2023, proceed with one of the following options: (1) file a First Amended Complaint ("FAC"); (2) request that the Court reinstate the Complaint despite the infirmities described in the Order; or (3) voluntarily dismiss the action. (*Id*. at 9–11.)  The Court cautioned Plaintiff that "**failure to respond to this Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**. *See* **C.D. Cal. L.R. 41-1.**" (*Id*. at 11.)

   To date, Plaintiff has not responded to the Order.  Plaintiff is **ORDERED TO SHOW CAUSE** by **April 10, 2023** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

   **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

   It is so ordered.

Attachment: Notice of Dismissal