JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EUGENE HUNTER, | Case No. 2:22-cv-08404-CAS (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALEX VILLANUEVA et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: April 27, 2023

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE